

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:           01-17-00788-CR

Trial Court Cause
Number:                 78823-CR

Style:                  Gmarkous Wilson

                        **v** The State of Texas

Date motion filed*:     February 8, 2019

Type of motion:         Motion for Rehearing

Party filing motion:

Document to be filed:

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

☐ Granted

      If document is to be filed, document due:

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
      ☐ Acting individually    ☒ Acting for the Court

Panel consists of    Chief Justice Radack and Justices Goodman, and Countiss.

Date: 4/25/19